IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PETER BURKE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 10-0195-WS-M |
| | ) | |
| **BP CORPORATION NORTH** | ) | |
| **AMERICA, INC.,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 7, 2010, defendant BP America, Inc. filed a Motion for Stay of Proceedings Pending Transfer by the Judicial Panel on Multidistrict Litigation (doc. 6).  Any party wishing to be heard on this motion must file a response, supported by legal authority as appropriate, on or before **May 20, 2010**.  If no responses are filed on or before that deadline, the Court will assume that the Motion for Stay is unopposed and will promptly grant same.

DONE and ORDERED this 13th day of May, 2010.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE